UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

          -against-

ROBERT KALABA,

                            Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   6/8/2020

13 Cr. 794-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On June 7, 2020, Defendant submitted a motion for reduction of his sentence under 18 U.S.C. § 3582(c)(1)(A).  It is ORDERED that by **June 15, 2020**, the Government shall file a response.

      SO ORDERED.

Dated: June 8, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge