UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ROBERT KALABA,

                                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   9/17/2020

13 Cr. 794-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letters at ECF Nos. 405 and 407.  To the extent that Defendant wishes to pursue a civil action or file a petition for habeas corpus, such a request is not properly directed to this Court.  Construing Defendant's letter as a motion for relief in the criminal matter before this Court, his request is DENIED.

The Clerk of Court is directed to mail a copy of this order to Defendant.

SO ORDERED.

Dated: September 17, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge