UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

ROBERT KALABA,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/16/2022

13 Cr. 794-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On November 15, 2022, Defendant, Robert Kalaba, filed a letter motion "request[ing] that the Court terminate . . . Kalaba's supervised release approximately 16 months early." ECF No. 413 at 1. Accordingly, by **December 2, 2022**, the Government and the United States Probation Office shall file letters explaining their positions on Kalaba's motion.

SO ORDERED.

Dated: November 16, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge