UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          -against-

ROBERT KALABA,

                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/5/2022__

13 Cr. 794-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

        On November 16, 2022, the Court ordered the Government and the United States Probation Office shall file letters explaining their positions on Defendant's motion at ECF No. 413 by December 2, 2022. ECF No. 414. Those submissions are now overdue. Accordingly, by **December 9, 2022**, the Government and the United States Probation Office shall file their letters.

        SO ORDERED.

Dated: December 5, 2022
       New York, New York

ANALISA TORRES
United States District Judge