USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/1/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ROBERT KALABA,

                Defendant.

13 Cr. 794-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On April 26, 2023, C.J.A. attorney Michael D. Bradley filed a motion "request[ing] reappointment to the above-referenced matter to renew [Defendant]'s request for early termination of supervised release."  ECF No. 425.  On February 2, 2023, the Court ordered the transfer of jurisdiction in this action to the Southern District of Florida.  ECF No. 424.  On April 28, 2023, the Southern District of Florida accepted jurisdiction of the matter.  23-tp-80004, ECF No. 1.  Accordingly, the Court lacks jurisdiction over the motion.

      The Clerk of Court is directed to terminate the motion at ECF No. 425.

      SO ORDERED.

Dated: May 1, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge